# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ARNITTA L. KNIGHTON,

        Plaintiff,

v.                                                                Case No:   6:24-cv-01970-LHP

VANCE AND HUFFMAN, LLC AND
ACCELERATED PORTFOLIO, INC.,

        Defendants

_____

## ORDER

This cause comes before the Court on a Notice of Settlement.   Doc. No. 29. Based thereon, it is **ORDERED** that this case is **DISMISSED with prejudice**, subject to the right of any party to move the Court, within **sixty (60) days** from the date of this Order, to enter a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.   *See* Local Rule 3.09(b). All deadlines and hearings are hereby terminated.   The Clerk of Court is **DIRECTED** to close the file.

**DONE** and **ORDERED** in Orlando, Florida on February 25, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties